# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK ALLEN MARTIN-CALL,<br><br>　　　　Defendant. | 3:21-CR-036-MMD-CSD<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Mark Allen Martin-Call to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Mark Allen Martin-Call pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 27; Change of Plea, ECF No. 28; Preliminary Order of Forfeiture, ECF No. 32.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 25, 2022, through March 26, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 33-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 34.

On March 9, 2022, the United States Attorney's Office attempted to serve Valerie Ortega on N. D. Andrea Pkwy Apt. 114 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-16.

On March 15, 2022, the United States Attorney's Office attempted to serve Valerie A. Ortega on E. K St. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-12, 17-19.

On March 15, 2022, the United States Attorney's Office attempted to serve Valerie A. Ortega on N. D. Andrea Pkwy Apt. 313 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-12, 20-22.

On March 15, 2022, the United States Attorney's Office attempted to serve Valerie A. Ortega on Stardust St. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-12, 23-25.

On April 1, 2022, the United States Attorney's Office served Valerie Ortega on Sigg Dr. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-12, 26-27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property

hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith & Wesson model M&P Shield 9mm pistol bearing serial number JDB2727;
2. a Taurus model G2C 9mm pistol bearing serial number ACB582029;
3. a box of Sellier & Bellot 9mm ammunition containing 50 rounds;
4. 9 rounds 9mm ammunition;
5. a black pistol magazine containing 1 Speer hollow round and 2 round nosed bullets;
6. 13 rounds 9mm ammunition; and
7. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __May 4_____, 2022.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE